IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS MARTY,
    Plaintiff,

v.      No. 5:17-cv-03673

NANCY A. BERRYHILL, *ACTING COMMISSIONER OF SOCIAL SECURITY*,
    Defendant

## O R D E R

**AND NOW**, this 13th day of April, 2018, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 8, is **GRANTED**.

2. The Complaint pursuant to 42 U.S.C. § 405(g), ECF No. 3, is **DISMISSED as untimely**.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge